497 A.2d 1330

**COMMONWEALTH, DEPARTMENT OF TRANSPORTATION, BUREAU OF TRAFFIC SAFETY**

**v.**

**Joseph Marten FRYE, Petitioner.**

**Joseph M. FRYE, Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Sept. 24, 1985.

Petition for Allowance of Appeal GRANTED, Nos. 56 and 57 M.D.Appeal Docket 1985.